## Albert SANCHEZ v. STATE.
### No. 16804.

Court of Criminal Appeals of Texas.
March 21, 1934.

Manuel Diaz de Leon, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for assault with intent to murder; punishment assessed being 15 years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not desire to further prosecute his appeal. At his request the appeal is dismissed.

## Will VENN v. STATE.
### No. 16824.

Court of Criminal Appeals of Texas.
March 28, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

The appellant has filed a written motion, duly verified by his affidavit, asking that the appeal be dismissed. The request is granted, and the appeal is ordered dismissed.